# CRIMINAL MINUTES

2:23-cr-201
USA v. Brinson Caleb Silver
(Custody)


## Arraignment on Superseding Information
### held on Tuesday, November 28, 2023 at 2:30 p.m.
### before Judge Edmund A. Sargus, Jr.


For Govt: Peter Glenn-Applegate and David Twombly

For Deft: Phillip Templeton

Court Reporter: Crystal Hatchett

Courtroom Deputy: Christin Werner

The defendant enters a plea of guilty to counts 1 through 2 and
Forfeiture Allegation A of the superseding information.
Waiver of Indictment signed.
PSI Ordered.